2007 OK 4

## APPOINTMENT TO THE PARDON AND PAROLE BOARD.

### No. SCAD–2007–3.

Supreme Court of Oklahoma.

Feb. 8, 2007.

### CORRECTED ORDER

### APPOINTMENT TO THE PARDON AND PAROLE BOARD

Pursuant to the Oklahoma Constitution article VI § 10, the Chief Justice of the Oklahoma Supreme Court is to appoint one of five members of the Pardon and Parole Board. Lynell Harkins is hereby reappointed to the Pardon and Parole Board.

**DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS *16th* DAY OF JANUARY, 2007.**

CONCUR: WINCHESTER, C.J., EDMONDSON, V.C.J., LAVENDER, OPALA, KAUGER, WATT, TAYLOR, COLBERT, JJ.